IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRAULIO BATISTA,** | : | **CIVIL NO. 1:13-CV-0126** |
| Plaintiff | : | (Judge Rambo) |
| v. | : | (Magistrate Judge Schwab) |
| **LIEUTENANT DANNER and UNITED STATES OF AMERICA,** | : | |
| Respondents | : | |

# O R D E R

Before the court is a December 10, 2013 report and recommendation of the magistrate judge to whom this matter is referred. Objections to the report and recommendation were due no later than December 27, 2013 and, to date, no objections have been filed.[1] Accordingly, upon independent review of the record and applicable law, **IT IS HEREBY ORDERED THAT:**

1) The court adopts the report and recommendation of Magistrate Judge Schwab.

2) Defendants' motion to dismiss and for summary judgment (Doc. 13) is **GRANTED**.

3) The Clerk of Court shall enter judgment in favor of Defendants and against Plaintiff and close the file.

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated: January 3, 2014.

---

[1] The court notes that the Plaintiff has failed to keep the court apprised of his address. The Federal Bureau of Prison's Inmate Locator (www.bop.gov) shows Plaintiff was released on October 11, 2013.